**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SNYDER,** | : | |
| **Plaintiff** | : | **No. 1:25-cv-02174** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **MAGNESITA REFRACTORIES** | : | **(Chief Magistrate Judge Bloom)** |
| **COMPANY,** | : | |
| **Defendant** | : | |

## ORDER

Before the Court in the above-captioned action is the September 18, 2026 Report and Recommendation of Chief Magistrate Judge Bloom (Doc. No. 23), recommending that the Court grant Defendant Magnesita Refractories Company ("Defendant")'s motion to dismiss (Doc. No. 21) pro se Plaintiff Michael Snyder ("Plaintiff")'s complaint (Doc. No. 1) with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute this case. No objections to the Report and Recommendation have been filed.

**AND SO**, on this 7th day of October 2026, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 23) of Chief Magistrate Judge Bloom;

2. Defendant's motion to dismiss (Doc. No. 21) is **GRANTED**;

3. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b); and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania